| | |
|---|---|
| NEELEMAN LAW GROUP, P.C.<br>1403 8th Street<br>Marysville, WA 98270<br>Telephone: (425) 212-4800<br>Facsimile: (425) 212-4802 | The Honorable Christopher Alston<br>Chapter 13 Proceeding<br>Location: Seattle<br>Hearing Date: August 24, 2023<br>Hearing Time: 9:30 a.m.<br>Response Date: August 17, 2023 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>TIMOTHY MCLAUGHLIN,<br><br>        Debtor(s). | Case No.: 19-14656<br><br>DECLARATION OF THOMAS D. NEELEMAN |

I, Thomas D. Neeleman declare under penalty of perjury that the following is true and correct:

1. My name is Thomas D. Neeleman and I am currently the attorney of record for the debtor along with my firm Neeleman Law Group, P.C.

2. At the present time, meaningful communication between myself, my office and the debtor has ceased making effective representation is impossible. In addition, I have received correspondence to counsel asking for my office to withdraw.

3. The debtor's last known address is 25235 SE Kalahanie Blvd, Unit D203, Issaquah, WA 98029, phone is 240-475-8964 and email is damien144@hotmail.com.

4. There are no deadlines, hearings or trials that will be automatically continued as a result of the withdrawal.

Dated this 31st day of July, 2023

                                                */s/ Thomas D. Neeleman*
                                                Thomas D. Neeleman
                                                Attorney for Debtor(s)

Declaration re: Motion to Withdraw as Counsel            1403 8th Street   |  **Neeleman**
Marysville, WA 98270  |  **Law**
P 425.212.4800 || F 425.212.4802  |  **Group, P.C.**